

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's brief was due to be filed with this court on August 1, 2016. This court granted Appellant's first motion for extension of time to file his brief until September 15, 2016. On September 12, 2016, Appellant filed an unopposed second motion for extension of time to file his brief until October 17, 2016, for a total extension of seventy-five days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than October 17, 2016. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file his brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b),(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2016.



Keith E. Hottle
Clerk of Court